UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00132-JDP |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) | |
| ANDREW S. KNORR, | ) | |
| Defendant. | ) | DATE:  July 6, 2021<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00132-JDP is GRANTED.

It is further ordered that the bench trial scheduled on July 6, 2021, is vacated.

IT IS SO ORDERED.

Dated: June 15, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE